**Daniel Eloy ROMERO, Plaintiff–Appellant,**

v.

**GAY; Arizona Attorney General, Respondents–Appellees.**

No. 07–16353.

United States Court of Appeals, Ninth Circuit.

---

Submitted Jan. 12, 2011.*

Filed Jan. 19, 2011.

Daniel Eloy Romero, pro se.

A.J. Rogers, Esq., Assistant Attorney General, Arizona Attorney General's Office, Phoenix, AZ, for Respondents–Appellees.

Before: HUG, SCHROEDER, and RAWLINSON, Circuit Judges.

MEMORANDUM **

Arizona state prisoner Daniel Eloy Romero appeals from the district court's judgment dismissing his 28 U.S.C. § 2254 habeas petition as untimely. We have jurisdiction pursuant to 28 U.S.C. § 2253, and we affirm.

The district court did not err by finding that Romero's federal habeas petition is barred by the one-year statute of limitations of 28 U.S.C. § 2244(d)(1). Romero is not entitled to statutory tolling under 28 U.S.C. § 2244(d)(2) because his February 2003 letter requesting sentence clarification can not be construed as a "properly filed application for State post-conviction relief or other collateral review . . . ." 28 U.S.C. § 2244(d)(2). Furthermore, Romero is not entitled to equitable tolling because he has failed to demonstrate the existence of extraordinary circumstances beyond his control that made it impossible

for him to file a petition on time. *Spitsyn v. Moore,* 345 F.3d 796, 799 (9th Cir.2003).

In light of the foregoing disposition, we decline to consider the merits of Romero's argument regarding the denial of earned release credits.

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

